**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| M&B IP ANALYSTS, LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 2:19-cv-00429 |
| | : | |
| CORTICA-US, INC., and | : | |
| CORTICA, LTD., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**APPLICATION FOR EXTENSION OF TIME TO**
**ANSWER, MOVE, OR OTHERWISE REPLY**
**[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending time within which Defendants Cortica-US, Inc. and Cortica, LTD may answer, move or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Plaintiff has not yet filed its affidavit of service, but, upon information and belief, service of process was effected on Cortica-US, Inc. on or about January 16, 2019 and on Cortica, LTD sometime thereafter;
3. The time to answer, move or otherwise reply has not yet expired.

*/s/ Adam E. Gersh*
Adam E. Gersh, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
Telephone: (856) 382-2246
Fax: (856) 661-1919
Adam.Gersh@flastergreenberg.com
*Attorneys for Defendants Cortica-US, Inc. and Cortica, LTD*

## ORDER

The above application is GRANTED and the time for Defendants Cortica-US, Inc. and Cortica, LTD. to answer, move or otherwise reply to Plaintiff's Complaint is extended for fourteen days.

ORDER DATED: _____

                                              WILLIAM T. WALSH, Clerk

                                              By: _____
                                                    Deputy Clerk