# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**M&B IP ANALYSTS, LLC,**
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

**CORTICA–US, INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:19–CV–00429–ES–SCM**

TO: *(Name and address of Defendant):*

CORTICA -US, INC.
425 BROADWAY
2ND FLOOR
NEW YORK, NEW YORK, 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Nicholas Fortuna, Esq.
Allyn & Fortuna LLP
1010 Avenue of the Americas, 3rd Floor
New York, New York 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019–01–14 12:14:32**, Clerk
USDC NJD

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me[1] | DATE 1/16/19 |
|---|---|
| NAME OF SERVER (PRINT) Nkosane Curtis | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Cortica - US, INC
425 Broadway, New York, NY 10013

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Description: Asian male, 5'8", 170 lbs, wearing a long sleeve Red sweater and Blue Jeans, and had short black hair.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/16/19
                  Date

Signature of Server

1010 Ave of the Americas, NY, 10018
Address of Server