IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

M&B IP ANALYSTS, LLC,

    Plaintiff,

v.

CORTICA-US, INC., and CORTICA, LTD.,

    Defendants.

C.A. No. 2:19-cv-00429

[D.E. 5]

## ORDER

AND NOW, this ___8th___ day of March, 2019, upon consideration of the Motion of Defendants Cortica-US, Inc. and Cortica, LTD,

IT IS HEREBY ORDERED as follows:

1. ~~Defendants' motion is GRANTED.~~

2. ~~The time within which Defendants may answer, move, or otherwise respond to Plaintiff's Complaint is June 3, 2019.~~

Cortica-US shall respond by April 24, 2019 and Cortica, LTD shall respond by June 3, 2019; unless the parties can agree otherwise. A Rule 16 conference will occur on April 26, 2019 at 10:00am

Hon. Steven C. Mannion, U.S.M.J.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.

Date: _____