**FLASTER/GREENBERG PC**
By:   Adam E. Gersh, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 382-2246
Adam.Gersh@flastergreenberg.com
*Attorneys for Defendants Cortica-US, Inc. and Cortica, LTD*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M&B IP ANALYSTS, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 2:19-cv-00429 |
| CORTICA-US, INC., and CORTICA, LTD., | : |
| Defendants. | : |

### NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** on July 1, 2019, or as soon thereafter as counsel may be heard, Defendants Cortica, LTD and Cortica-US. Inc. will move this Court for an Order dismissing Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), the doctrine of forum non conveniens, and Fed. R. Civ. P. 12(b)(7).

In support of this Motion, Defendants incorporate herein by reference the attached Brief and Certification which are filed contemporaneously herewith.

Oral argument is requested only if this Motion is opposed.

**FLASTER/GREENBERG P.C.**
Attorneys for Defendants Cortica-US, Inc.
and Cortica, LTD

Dated: June 3, 2019

By: /s/ Adam E. Gersh
Adam E. Gersh, Esquire