## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2019, the following documents were filed electronically and are available for viewing and downloading from the Electronic Case Filing system by all counsel/parties of record:

1. Defendants' Motion to Dismiss Plaintiff's Complaint;

3. Brief and Certifications in Support Thereof;

4. Proposed Order; and

5. Certificate of Service.

                                      **FLASTER/GREENBERG P.C.**
                                      Attorneys for Defendants Cortica-US, Inc.
                                      and Cortica, LTD

Dated:  June 3, 2019          By: <u>/s/ Adam E. Gersh</u>
                                        Adam E. Gersh, Esquire