**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| M&B IP ANALYSTS, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>CORTICA-US, INC. et al,<br><br>　　　　　Defendants. | Civil Action No.<br><br>2:19-CV-0429-ES-SCM<br><br>**SUPPLEMENTAL<br>SCHEDULING ORDER** |

　　　　**IT IS** on this Tuesday, June 25, 2019 ordered that the Scheduling Order is hereby

supplemented as follows:

1. Jurisdictional discovery as to Cortica, LTD is to remain open through 9/25/2019. Discovery should be produced on a rolling basis. All fact witness depositions must be completed by the close of fact discovery. No fact discovery is to be issued or engaged in beyond that date, except upon application to the Court and for good cause shown.

2. The parties may serve interrogatories limited to five single questions, and 20 single requests for production of documents to be responded to **within thirty (20) days of receipt**.

3. Depositions limited to **three (3)** of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area (including but not limited to treating physicians). <u>No</u> objections to questions posed at depositions shall be made other than as to lack of foundation, form, or privilege. *See* Fed.R.Civ.P. 32 (d)(3)(A). No instruction not to answer shall be given unless privilege is implicated.

4. A telephone conference is scheduled with Judge Mannion on 9/23/2019 at 10:45 A.M. Defendant(s)' counsel is to initiate the call.

5. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY**

**RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

6/25/2019 5:14:13 PM

Original: Clerk of the Court
Hon. Esther Salas, U.S.D.J.
cc: All parties
    File