

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**JEREMY S. COLE, ESQUIRE**
Member of the DE, NJ & PA Bar
Direct Dial: (856) 382-3305
E-Mail: Jeremy.Cole@flastergreenberg.com

July 26, 2019

**VIA ECF**
The Honorable Esther Salas
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>   Re:  *M&B IP Analysts, LLC v. Cortica-US, Inc. and Cortica, Ltd.*
>        C.A. No. 2:19-cv-00429
>        **Request for Extension of Time to File Reply Brief in Further Support of Motion to Dismiss Plaintiff's Complaint**

Dear Judge Salas:

This office represents Defendants Cortica-US, Inc. and Cortica, Ltd. in the above-referenced matter, in which Defendants' Motion to Dismiss is pending before Your Honor. With the consent of counsel for Plaintiff, I request a one-cycle adjournment.

On June 25, 2019, this Court issued an Order granting Plaintiff's request for an extension of time to oppose Defendants' Motion to Dismiss Plaintiff's Complaint, which moved the return date for Defendants' Motion to now August 5, 2019. By Order on July 1, 2019, this Court granted Defendants' request for an extension of time to move the return date for Defendants' Motion by one motion cycle to August 5, 2019, with Defendants' Reply Brief due July 30, 2019.

Given the complexities of communicating with parties in Israel, including the limited overlap in business hours, as well as the in-depth factual analysis required for Defendants' Motion, Defendants require a little more time to prepare their response. As such, Defendants respectfully request that the Court extend/adjourn the return date by one motion cycle, to August 19, 2019, which would give us until August 12, 2019 to file Defendants' reply brief. My colleague, Adam Gersh, Esquire, contacted Megan Muoio, counsel for Plaintiff, who consented to this request.

7343698 v1

Hon. Esther Salas
July 26, 2019
Page 2

    Thank you in advance for your consideration of this request.

    Respectfully submitted,

    FLASTER/GREENBERG P.C.

    Jeremy S. Cole

cc:  Nicholas Fortuna (via ECF)
     Megan Muoio (via ECF)

**SO ORDERED**

Esther Salas, U.S.D.J.

Dated: July 29, 2019

7343698 v1