Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| M&B IP ANALYSTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CORTICA-US, INC., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 19-0429 (ES) (SCM)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

　　Before the Court is defendants Cortica-US, Inc. and Cortica, LTD's motion to dismiss plaintiff M&B IP Analysts, LLC's complaint based on (i) lack of personal jurisdiction; (ii) the doctrine of *forum non conveniens*; and (iii) failure to join an indispensable party. (D.E. No. 15). Having considered the parties' submissions and having held oral argument on May 5, 2020; and for the reasons stated in the Court's accompanying Opinion,

　　IT IS on this 22nd day of June 2020

　　**ORDERED** that the motion to dismiss (D.E. No. 15) is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　s/ *Esther Salas*
　　　　　　　　　　　　　　　　　　　　　　　**Esther Salas, U.S.D.J.**

1