**FLASTER/GREENBERG PC**
By:     Adam E. Gersh, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 382-2246
Adam.Gersh@flastergreenberg.com
*Attorneys for Defendants Cortica-US, Inc. and Cortica, LTD*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| M&B IP ANALYSTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CORTICA-US, INC., and CORTICA, LTD.,<br><br>Defendants. | C.A. No. 2:19-cv-00429<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND ITS ANSWER TO INCLUDE COUNTERCLAIMS** |

**PLEASE TAKE NOTICE** on June 21, 2021, or as soon thereafter as counsel may be heard, Defendant Cortica, LTD. ("Cortica") will move this Court for an Order granting Cortica leave to amend its Answer to include Counterclaims pursuant to Local Civil Rules 7.1 and 15.1, and pursuant to the Court's Scheduling Order of March 26, 2021.

In support of this Motion, Defendant incorporates herein by reference the attached Memorandum of Law and exhibits.

A proposed form of order is submitted herewith.

Oral argument is requested only if this Motion is opposed.

                                    **FLASTER/GREENBERG P.C.**
                                    *Attorneys for Defendants Cortica-US, Inc.*
                                    *and Cortica, LTD.*

Dated:  May 28, 2021        By: /s/ Adam E. Gersh
                                    Adam E. Gersh, Esquire