

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**ADAM E. GERSH, ESQUIRE**
Member of the NJ & PA Bar
Direct Dial: (856) 382-2246
E-Mail: adam.gersh@flastergreenberg.com
PLEASE RESPOND TO CHERRY HILL

July 15, 2020

<u>VIA ECF</u>
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court District of New Jersey
MLK Jr. Federal Building & Courthouse, Room 2064
50 Walnut Street
Newark, NJ 07102

    Re:  *M&B IP Analysts, LLC v. Cortica-US, Inc. & Cortica, Ltd.*
         *Civil Action No.: 2:19-cv-00429-ES-CLW*
         *Notice of settlement in principal*

Dear Judge Waldor:

    Our firm is counsel to Defendants Cortica-US, Inc. and Cortica, LTD. in connection with the above-referenced matter in which Defendant's Motion for Leave to Amend (Docket Entry No 58) is pending and in which the parties are in the process of completing fact discovery. In conjunction with counsel for Plaintiff, we write to advise the Court that the parties to this case appear to have reached a settlement in principal. This settlement is a part of a broader global settlement between Defendants and litigants in Israel. As the terms of the settlement are being drafted and finalized in conjunction with those parties, we do not yet have an executed settlement agreement.

    To avoid unnecessarily burdening the Court and incurring additional expense, counsel for the parties to this action jointly ask the Court to mark this matter as settled pending execution of a settlement agreement and to stay the pending motion and discovery without prejudice such that in the unlikely event that matter is not fully resolved the parties may apply to continue these proceedings.

                                          Respectfully submitted,

                                          FLASTER/GREENBERG P.C.

                                          Adam E. Gersh

AEG/ade
cc: Megan Muoio

8396304 v1